ACCEPTED
03-14-00585-CR
5409200
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/25/2015 10:34:14 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

**LEVARDO CANTOS**

**V.**                                          **NO. 3-14-00585-CR**

**THE STATE OF TEXAS**

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Leovardo Cantos, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his Third Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. Levardo Cantos, Cause Number 13-2081-K277 in the 277th Judicial District Court of Travis County, Texas. Appellant was sentenced on August 11, 2014.

### II.

Appellant was convicted of the offense of aggravated assault with serious bodily injury and punishment was assessed at fifteen (15) years.

**III.**

Appellant's motion for new trial was filed on September 10, 2014. Notice of appeal was filed on September 10, 2014. The reporter's record was filed on January 15, 2015, and the clerk's record was filed on January 15, 2015. The exhibits were filed on January 23, 2015. The due date for the brief is Tuesday, May 26, 2015.

**IV.**

This is Appellant's third motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Friday, July 10, 2015.

**V.**

The undersigned attorney has begun work on this case but has been unable to complete the brief due to necessary work needed to be completed on several other appeal cases and due to her busy schedule in both the district and county courts of Travis, Williamson and Hays Counties. Today she completed and filed briefs in the cases of Troy Luther Williams v. State of Texas, Cause Nos. 03-14-00228-CR and 03-14-00229-CR. In addition she is in the process of preparing petitions for discretionary review in the cases of Rodolfo Cisneros v. State of Texas, Cause Nos. 03-13-00206-CR, 03-13-00207-CR, 03-13-00208-CR, 03-13-00209-CR, all of which are due

next week.  She asks that this extension be granted so that she may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas  78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944
EMAIL:  ljir@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion was computer generated and contains 470  words, as calculated by the word count function on my computer.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ

## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellant's Third Motion for Extension of Time to Brief was served by e-file to John Prezas of the Williamson County District Attorney's Office on this the 25th day of May, 2015.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ